UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU, | No. 2:23-cv-1321 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| DANIEL E. CUEVA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2024, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. The findings and recommendations (ECF No. 15) are adopted in full;

3      2. Plaintiff's motion for default judgment (ECF No. 10) is denied;

4      3. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied;

5      4. Plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action and must pay the $405 filing fee in order to proceed;

6      5. Within 30 days of the date of this order, plaintiff shall submit the $405 fee to the Clerk of the Court; and

7      6. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Dated:  July 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB7
uhur1321.804

2