UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL E. CUEVA, et al.,<br><br>Defendants. | No.  2:23-cv-1321 WBS SCR P<br><br><br><br>ORDER |

Plaintiff has requested an extension of time to pay the civil filing fees in this case.  Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 23) is granted; and

2. Plaintiff is granted until October 19, 2024, in which to submit the $405 fee to the Clerk of the Court.

DATED: August 26, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE